**PEREIRA & SINISI, LLP**
ATTORNEYS AT LAW
150 EAST 58th STREET
14th FLOOR
NEW YORK, NY 10155

| | | |
|---|---|---|
| **JOHN S. PEREIRA** | | **ANN MARIE SINISI** |
| **N.Y. & FEDERAL BAR** | **(212) 758-5777** | **N.Y. & FEDERAL BAR** |
| jpereira@pereiralaw.com | Telecopier (212) 751-6950 | asinisi@pereiralaw.com |

August 11th, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Attention: Clerk of Court

         Re: Susana Favila Myer
         Case #09-16596-AJG

Dear Sir/Madam:

  Please be advised that funds are expected to come into the estate of the debtor herein.

  As such, kindly advise the creditors of this debtor that monies may come into the estate, that there may be a distribution to creditors and that they must file a claim with the Bankruptcy Court in approved form by a date certain.

         Very truly yours,

         /s/ John S. Pereira

         JOHN S. PEREIRA

JSP:ams:js